# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **CV 21-10010-JPR**                                    Date: **April 18, 2022**
Title:  <u>Sandra Edmonds v. Bhullar Props. LLC</u>
================================================================

**DOCKET ENTRY: Order to Show Cause re Service**
================================================================

PRESENT:

        **HON. <u>JEAN P. ROSENBLUTH</u>, U.S. MAGISTRATE JUDGE**

| <u>Bea Martinez</u> | <u>     n/a     </u> |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:           ATTORNEYS PRESENT FOR DEFENDANTS:
    None present                                                                None present

**PROCEEDINGS: (IN CHAMBERS)**

    On December 30, 2021, Plaintiff filed a paid civil Complaint raising ADA claims against a business entity.  Under Federal Rule of Civil Procedure 4(m), Plaintiff was required to serve the Complaint on Defendants by no later than March 30, 2022, and file proof of service.  <u>See also</u> Fed. R. Civ. P. 4(l)(1) (requiring proof of service by affidavit).  She has not filed any proof of service, nor have Defendants appeared in any way.

    No later than seven days from the date of this order, Plaintiff must show cause in writing why this lawsuit should not be dismissed for failure to effect service and failure to prosecute.  If she does not timely respond, this lawsuit will likely be dismissed.

MINUTES FORM 11                                                                        Initials of Deputy Clerk_____
CIVIL-GEN